| | | | |
|---|---|---|---|
| Com. v. Reed....... | 03/23/2016765 MAL (2015) | Denied | Pa.Super., 133 A.3d 66 |
| Com. v. Rehm...... | 03/30/2016974 MAL (2015) | Denied | Pa.Super., 134 A.3d 500 |
| Com. v. Reymoseo.. | 03/23/2016684 EAL (2015) | Denied | Pa.Super., 134 A.3d 493 |
| Com. v. Ritter...... | 03/30/2016710 MAL (2015) | Denied | Pa.Super., 131 A.3d 99 |
| Com. v. Showell.... | 03/23/2016625 EAL (2015) | Denied | Pa.Super., 134 A.3d 91 |
| Com. v. Shuman ... | 03/23/2016884 MAL (2015) | Denied | Pa.Super., 120 A.3d 1060 |
| Com. v. Sistrunk ... | 03/30/201633 MAL (2016) | Denied | No. 116 MDA (2015) |
| Com. v. Smith...... | 03/23/2016495 WAL (2015) | Denied | Pa.Super., 134 A.3d 506 |
| Com. v. Spearman [22] | 03/23/2016671 EAL (2015) | Denied | Pa.Super., 134 A.3d 505 |
| Com. v. T.S.N. ..... | 03/23/2016917 MAL (2015) | Denied | Pa.Super., 134 A.3d 477 |
| Com. v. Tackett [23] .. | 03/23/2016400 WAL (2015) | Denied | Pa.Super., 133 A.3d 76 |
| Com. v. Tadych..... | 03/24/2016923 MAL (2015) | Denied | Pa.Super., 134 A.3d 504 |
| Com. v. Thomas [24] .. | 03/30/2016440 WAL (2015) | Denied | Pa.Super,, 134 A.3d 93 |

22. Justice DONOHUE did not participate in the consideration or decision of this matter.

23. Justice DONOHUE and WECHT did not participate in the decision of this matter.

24. Justice DONOHUE did not participate in the consideration or decision of this matter.